**No. 49155.**—Petition 6367–R of Fortmann, Doscher & Co., Inc. (New York).

Opinion by KEEFE, J. At the trial the evidence disclosed that the shipper made an error in the consular invoice regarding the cost of freight. Upon discovery of same, steps were taken to correct the error. From the record the court was of the opinion that the entry at the invoice prices was made in good faith. The petition was therefore granted.